JS-6

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 5:25-cv-02006-DOC-DTB                    Date:  September 26, 2025

Title: Eladio Cuevas Alcosor v. Department of Homeland Security et al

PRESENT:

#### THE HONORABLE DAVID O. CARTER, JUDGE

| Priscilla Deason for Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER DISMISSING CASE FOR FAILURE TO PAY APPROPRIATE FILING FEE**

On August 22, 2025, the Court issued a Notice (Dkt. 2) providing that Plaintiff "did not pay the appropriate filing fee of $5.00." Not. at 1. The Notice also provided that "[i]f you do not respond within THIRTY DAYS from the date of this letter, your case may be dismissed." *Id.* Over thirty days have passed and Plaintiff has failed to make any payments towards the filing fee or respond to the Notice. Thus, the case is hereby **DISMISSED** without prejudice. The Clerk shall serve this minute order on the parties.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                    Initials of Deputy Clerk: pd